### 13302.   TENNILLE BANKING CO. *v.* QUINN *et al.*

STEPHENS, J. This case is controlled by the answer of the Supreme Court to a certified question propounded by this court. 156 *Ga.* 159 (118 S. E. 644).   *Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*
DECIDED AUGUST 17, 1923.